```
 1                    UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF IOWA
 2                          EASTERN DIVISION
    _____
 3                                  )
    UNITED STATES OF AMERICA,       )
 4                                  )    CASE NO. 3:20-cr-112
              Plaintiff,            )
 5                                  )
        vs.                         )    TRANSCRIPT OF
 6                                  )    RESENTENCING PROCEEDINGS
                                    )
 7  CLINTON ANDREW WYNN,            )
                                    )
 8            Defendant.            )
    _____
 9
                                         U.S. COURTHOUSE
10                                       123 East Walnut Street
                                         Des Moines, Iowa 50309
11                                       Wednesday, August 28, 2022
                                         8:56 a.m.
12

13  BEFORE:  THE HONORABLE STEPHANIE M. ROSE, CHIEF DISTRICT JUDGE

14  APPEARANCES:

15  For the Plaintiff:          ANDREA GLASGOW
                                United States Attorney's Office
16                              131 East Fourth Street, Suite 310
                                Davenport, IA 52801
17

18  For the Defendant:          PAUL STATLER
                                Attorney at Law
19                              301 East Walnut Street, Suite 7
                                Des Moines, IA 50309
20

21

22

23
                     Chelsey Wheeler, CSR, RPR, FCRR
24                     United States Courthouse
                        123 East Walnut Street
25                      Des Moines, IA 50309
```

1                         P R O C E E D I N G S

2          (In chambers with counsel and the defendant present

3   telephonically.)

4          THE COURT:  Good morning.  Who do we have on the line

5   already?

6          THE DEFENDANT:  Clinton Wynn.

7          THE COURT:  Good morning, Mr. Wynn.

8          Do we have anybody else?

9          MS. GLASGOW:  Andrea Glasgow for the Government,

10  Your Honor.

11         THE COURT:  Good morning.

12         Do we have Paul Statler yet?

13         Okay.  We'll wait for him.

14         Good morning.  Is this Mr. Statler?

15         MR. STATLER:  Yes, it is, Your Honor.

16         THE COURT:  All right.  We have everybody, then, that

17  we're expecting.

18         So we are here today in the matter of United States of

19  America versus Clinton Andrew Wynn.  It's Case No. 3:20-cr-112.

20  The United States is represented by Andrea Glasgow, and the

21  defendant is on the telephone and is represented by Paul

22  Statler.

23         The defendant was originally sentenced on August 24 of

24  2021.  At that time I imposed a sentence of 272 months'

25  imprisonment on Count 1 to be followed by 60 months'

1   imprisonment on Count 2.  I adopt and incorporate the record of
2   that prior sentencing hearing, as is reflected in the
3   sentencing transcript that was filed at docket 48.
4           Following that sentencing, Defendant asked his
5   attorney at that time, Nicholas Sarcone, to file a direct
6   appeal of his sentence, but due to an inadvertent error by
7   defense counsel, that direct appeal was not filed.  A 2255 case
8   followed, and all parties agreed that Defendant needed to be
9   resentenced, so we are here for purposes of that resentencing
10  hearing.
11          It is not my intention to remake all of the same
12  evidentiary findings as before.  I do incorporate the record
13  from that prior sentencing with all of my findings and all of
14  my decisions and the calculation of the advisory guidelines.
15          I'll just offer the parties an opportunity to add
16  anything new that they might want to add at this time.
17          Ms. Glasgow, anything beyond what was argued at the
18  first sentencing?
19          MS. GLASGOW:  No, Your Honor.  The Government would
20  incorporate its arguments it made as well.
21          THE COURT:  Okay.  Mr. Statler, anything you would
22  like to add at this point?
23          MR. STATLER:  Your Honor, I guess just briefly.  I
24  mean, I have researched the case law, and I understand that --
25  I understand this Court's order back on August 8 that

1 reinstatement of the sentence could be held without any plenary

2 resentencing and that it is preestablished procedure that the

3 Court impose prior sentence under the circumstances.

4     I do know that Mr. Wynn, he has issues with his prior

5 sentence which will be raised on direct appeal, and I do

6 believe that he has some other 2255 claims, but this Court

7 previously denied those without prejudice, although I'm not

8 sure if they were fully developed.

9     In any event, Your Honor, I have prepared a notice of

10 appeal and a supplement.  I don't know the court reporter;

11 otherwise, I would have them 100 percent complete, but I will

12 be filing those first thing tomorrow morning.  But other than

13 that, Your Honor, I have nothing further.

14     THE COURT:  The court reporter for this case is

15 Chelsey Wheeler.  My regular court reporter is not available

16 today, and so Ms. Wheeler has joined us, so she'll be able to

17 help you with a transcript of this hearing.

18     Mr. Wynn, anything you would like to say at this time?

19     THE DEFENDANT:  Yes, Your Honor.  I believe that I was

20 sentenced under the wrong provision, and I would like to raise

21 that -- preserve that right to raise again on my direct appeal.

22     THE COURT:  Okay.

23     THE DEFENDANT:  I believe that there was no mixture

24 and substance in the indictment, and I believe that I was

25 sentenced under the A provision, and I think I qualify for the

1   C provision, and I would like to raise that on direct appeal.
2           THE COURT:  Okay.  And I will let you work with your
3   lawyer on that.  Anything else?
4           THE DEFENDANT:  No, Your Honor.
5           THE COURT:  Okay.  Then I do adopt, as I said, my
6   recitation of sentencing factors from the last hearing,
7   including all of my analysis under 3553(a) and the calculation
8   of the advisory guidelines and the statutory penalties,
9   reincorporate all of the supervised release conditions
10  previously articulated and my reasoning for imposing those
11  conditions.
12          I reaffirm my earlier decisions on things like fine,
13  restitution, forfeiture, and the special assessment
14  incorporating, in particular, pages 8 through 13 of the
15  sentencing transcript found at docket 48.
16          With those decisions, I do, again, reaffirm and
17  reimpose the exact same sentence as previously articulated,
18  including a sentence of 272 months' imprisonment on Count 1 to
19  be followed by a 60-month term of imprisonment on Count 2 with
20  those sentences ordered, as they were before, consecutively.
21          Mr. Wynn, you have the right to appeal this sentence.
22  You have 14 days from today to appeal.  If you decide you want
23  to appeal, as noted earlier, you qualify for free counsel, and
24  so Mr. Statler will file that paperwork for you.  It won't cost
25  you anything.  He'll handle your appeal.  That will be free for

```
 1  you as well.
 2          If notice of appeal is not filed in the next 14 days,
 3  you forever give up your right to challenge this particular
 4  sentence.
 5          Ms. Glasgow, anything else we need to resolve for the
 6  Government?
 7          MS. GLASGOW:  No, Your Honor.
 8          THE COURT:  Mr. Statler?
 9          MR. STATLER:  No, Your Honor.
10          THE COURT:  All right.  Thank you.  We're adjourned.
11          THE DEFENDANT:  Thank you.
12          MR. STATLER:  Thank you.
13          (The resentencing hearing concluded at 9:03 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                           CERTIFICATE

 2          I, Chelsey Wheeler, a Certified Shorthand Reporter of

 3   the State of Iowa and Federal Official Realtime Court Reporter

 4   in and for the United States District Court for the Southern

 5   District of Iowa, do hereby certify, pursuant to Title 28,

 6   United States Code, Section 753, that the foregoing is a true

 7   and correct transcript of the stenographically reported

 8   proceedings held in the above-titled matter and that the

 9   transcript page format is in conformance with the regulation of

10   the Judicial Conference of the United States.

11          DATED this 24th day of October 2022.

12

13                    /s/ Chelsey Wheeler

14                    Chelsey Wheeler
                      Certified Shorthand Reporter
15
```